UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AGUSTINE BUSTOS-CHAVEZ,

        Plaintiff,

v.

GEORGE PAUL TREJO Jr.,

        Defendant.

CASE NO. C09-5461RBL/JRC

ORDER TO CURE DEFECTS IN THE APPLICATION TO PROCEED *IN FORMA PAUPERIS*

       This 42 U.S.C. § 1983 action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrate Judge's Rules MJR 1, MJR 3, and MJR 4. The court has reviewed the application to proceed without payment of the filing fee in this action.

       On August 31, 2009, plaintiff sent some, but not all, of the forms the court needs to determine if plaintiff is entitled to proceed *in forma pauperis* (Dkt. # 5). The court still needs a signed Consent and Acknowledgement form, and a filled-out Marshal's Service Form.

       Plaintiff will be given thirty days to cure the remaining defects in his application. If the defects are not cured, then the court will recommend that this action be dismissed for failure to

| | |
|---|---|
| 1 | prosecute.  The clerk's office is directed to send plaintiff another acknowledgement form, and a |
| 2 | Marshal's service form.  The clerk's office should also note the October 9, 2009 date on the |
| 3 | court's calendar. |
| 4 | DATED this 8th day of September, 2009. |

J. Richard Creatura
United States Magistrate Judge