1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9    AUGUSTINE BUSTOS-CHAVEZ,

10                    Plaintiff,

11            v.

12    GEORGE PAUL TREJO Jr.,

13                    Defendant.

14

CASE NO.  C09-5461 RBL

ORDER

15        The Court, having reviewed plaintiff's complaint, the Report and Recommendation of

16  Magistrate Judge J. Richard Creatura, objections to the report and recommendation [Dkt. #11],

17  and the remaining record, does hereby find and ORDER:

18        (1)    The Court adopts the Report and Recommendation;

19
        (2)    Plaintiff's claims and causes of action are dismissed.  This dismissal counts as a
20
               strike pursuant to 28 U.S.C. 1915 (g), and;
21

22        (3)    The Clerk is directed to send copies of this Order to the parties.

23        DATED this 5th day of November, 2009.

24

25

26        RONALD B. LEIGHTON
          UNITED STATES DISTRICT JUDGE

ORDER - 1