# United States District Court

WESTERN DISTRICT OF WASHINGTON

AUGUSTINE BUSTOS-CHAVEZ

JUDGMENT IN A CIVIL CASE

v.

GEORGE PAUL TREJO, Jr.,

CASE NUMBER: C09-5461RBL

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court **ADOPTS** the Report and Recommendation; and

Plaintiff's claims and causes of action are dismissed. This dismissal counts as a strike pursuant to 28 U.S.C. § 1915(g).


| November 6, 2009 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk